

# NUMBER 13-09-00373-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**NORMA DE LA TORRE,**                                                           **Appellant,**

**v.**

**NOE FLORES SALINAS,**                                                          **Appellee.**

### On appeal from the 93rd District Court of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Order Per Curiam**

Appellant filed a notice of appeal in this cause on July 1, 2009. The appeal was previously abated for the purposes of settlement negotiations. On November 12, 2009, and again on November 17, 2009, the parties notified the Court that a portion of the

underlying dispute had settled. On February 6, 2019 and October 15, 2019, appellant notified the court via letter that appellee has passed away.

Since then, appellant failed to take any further action to notify the Court regarding the status of this appeal. Accordingly, the Court, having examined and fully considered the proceedings herein and the extended duration of time that this matter has been pending, is of the opinion that this cause should be and is ABATED.

The Court hereby ORDERS appellant to file, within ten days of the date of this order, an advisory regarding the status of this cause and, if applicable, a motion to reinstate, dismiss, and/or sever. The failure to respond to this Court's directive may result in the dismissal of the appeal in its entirety for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of April, 2020.

2